

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00485-CR

Regino **QUIÑONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR13882
Honorable Jefferson Moore, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: November 25, 2020

DISMISSED FOR WANT OF JURISDICTION

Appellant Regino Quiñones filed a notice of appeal asserting that the trial court erred when it denied his motion to dismiss the cause for violations of his right to a speedy trial. Appellant's notice of appeal states that "[t]he appealable [o]rder by the trial court was signed on September 04, 2020."

The clerk's record contains Appellant's Second Demand for Speedy Trial and Demand for Dismissal for Failure to Provide a Speedy Trial. In the upper right-hand corner of the first page are handwritten notes that include "4 Sep 2020" and brief notes which could have been made by

the presiding judge of the trial court. However, there is no written, signed order denying Appellant's motion to dismiss.

As this court has repeatedly held, "the judge's notes are for his or her own convenience and form no part of the record." *State v. Fuller*, No. 04-96-00898-CR, 1997 WL 136541, at *1 (Tex. App.—San Antonio Mar. 26, 1997, no pet.) (per curiam); *accord In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (mem. op.) (per curiam) ("A judge's handwritten notes are for his or her own convenience and form no part of the record."); *In re A.W.*, 384 S.W.3d 872, 873 (Tex. App.—San Antonio 2012, no pet.) (citing *Fuller*, 1997 WL 136541, at *1).

Because the appellate record did not appear to contain an appealable order, on October 29, 2020, we ordered Appellant to show cause in writing by November 9, 2020, why this appeal should not be dismissed for want of jurisdiction. *See Fuller*, 1997 WL 136541, at *1. We warned Appellant that if he did not timely provide written proof as ordered, this appeal would be dismissed. *See id.* To date, Appellant has not filed a response.

The clerk's record does not contain an appealable judgment or order, and Appellant did not file any response to show how this court has jurisdiction in this appeal. Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

Do Not Publish